UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Nina M. Stravers** | § | 19-02310 |
| | § | **HON.** John T. Gregg |
| **Debtor(s)** | § | **Filed:** 5/24/2019 |

## APPLICATION FOR ADDITIONAL ATTORNEY FEES AND/OR RECOVERY OF COSTS ADVANCED

Application is made by the undersigned for allowance of reasonable attorney fees and expenses of $2157.65 to be paid from the monies paid in by or on behalf of the Debtor, under the provision of Debtor's Chapter 13 estate. Services rendered for the Debtor are as follows:

### See Attached Statements

Applicant has not shared or agreed to share such compensation (either paid or to be paid) with any other person than employees of the law firm he is associated with. This is the First application for compensation and reimbursement of expenses. The total fees requested in this application are $2123.00; the total costs advanced requested are $34.65. The fees requested and approved in this matter to date are as follows:

| Fees Requested | Costs Requested | Fees Awarded | Costs Awarded | Date of Order |
|---|---|---|---|---|
| 3,650.00 | 0.00 | 3,200.00 | 0.00 | 9/11/2019 |

Approved fees and expenses remain unpaid in the amount of $_0.00_.
This application is not filed less than 120 days after prior application to the Court.

Wherefore, Applicant seeks approval of attorney fees and costs advanced in the amount of $2157.65, and that the same be paid through the Plan by Debtors' Chapter 13 Trustee.

Dated: 7/30/2021                           /s/
                                          Jeffrey D. Mapes (P70509)
                                          Mapes Law Offices
                                          Attorney for Debtor(s)
                                          29 Pearl St NW Suite 305
                                          Grand Rapids, MI 49503
                                          (616) 719-3847

## SUMMARY SHEET

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Nina M. Stravers** | § | 19-02310 |
| | § | **HON.** John T. Gregg |
| **Debtor(s)** | § | **Filed:** 5/24/2019 |

Fees & Expenses Previously Requested:     $3650.00
Fees & Expenses Previously Awarded:      $3200.00


NAME OF APPLICANT:        Mapes Law Offices
ROLE IN THIS CASE:          Attorney for Debtor(s)

CURRENT APPLICATION:     Fees Requested:       $2123.00
                          Expenses Requested: $34.65

Fee Application

| | Hours Billed | Per Hour Rate | Total for Application |
|---|---|---|---|
| <u>Attorneys:</u> | | | |
| Jeffrey D. Mapes | 4.30 | $275.00* | $1182.50 |
| Jeffrey D. Mapes | 0.80 | $220.00 | $176.00 |
| George J. George | 11.60 | $220.00 | $2552.00 |
| <u>Paraprofessionals:</u> | | | |
| Keaton F. Kolbe | 5.60 | $125.00 | $700.00 |
| Kendra L. Martin | 0.20 | $125.00 | $25.00 |
| Jeffrey A. Radike | 5.50 | $125.00 | $687.50 |

TOTAL HOURS BILLED:   16.70
(Excluding Paraprofessionals)

*Jeffrey D. Mapes was approved to bill $275.00 per hour on 06/30/2019.

## Law Office of Jeffrey Mapes

29 Pearl St. NW Ste. 305
Grand Rapids, MI 49503
United States

# INVOICE

Invoice # 451
Date: 07/30/2021
Due On: 08/29/2021

Nina M. Stravers
406 Pleasantview Dr
Battle Creek, MI 49017

## 19-02310

## Stravers, Nina

### Services

| Date | Attorney | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 04/12/2018 | GJG | Initial consultation, discuss chapters, answer questions | 0.80 | $220.00 | $176.00 |
| 04/24/2018 | JAR | Call from Attorney representing Citibank verifying that she has retained us | 0.20 | $125.00 | $25.00 |
| 05/08/2018 | GJG | Retaining appt. Go over documents, answer questions, pull credit reports, begin inputting info into petition, provide client with list of docs needed. | 1.80 | $220.00 | $396.00 |
| 05/30/2018 | GJG | Office Appt. with client, had questions re filing 7 vs 13, payments to creditors. | 0.50 | $220.00 | $110.00 |
| 06/13/2018 | GJG | Bring Back Appt. Client provided docs, reviewed them, answered questions. | 0.40 | $220.00 | $88.00 |
| 11/02/2018 | GJG | Office Appt. with client, discuss docs needed, review new docs provided. Explain chapter 13 process in greater detail. | 0.60 | $220.00 | $132.00 |
| 04/11/2019 | KFK | Spoke with Honor CU re: status of case | 0.20 | $125.00 | $25.00 |
| 04/25/2019 | KFK | Docs needed list emailed to client | 0.20 | $125.00 | $25.00 |
| 04/25/2019 | KFK | Documents needed email sent to client | 0.30 | $125.00 | $37.50 |
| 05/05/2019 | JAR | Review Foreclosure Notice, email client to call in. | 0.20 | $125.00 | $25.00 |
| 05/07/2019 | KFK | Call from client re: Foreclosure Notice received | 0.40 | $125.00 | $50.00 |
| 05/08/2019 | JAR | Call from Credit Acceptance | 0.20 | $125.00 | $25.00 |
| 05/10/2019 | KFK | Spoke with Credit Acceptance re: status of case | 0.20 | $125.00 | $25.00 |
| 05/12/2019 | JAR | Call to client: Documents needed re sheriff sale. | 0.20 | $125.00 | $25.00 |

| Date | Staff | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/14/2019 | KFK | Call to client: Recorded Mortgage & Retirement Acct statement needed | 0.30 | $125.00 | $37.50 |
| 05/14/2019 | JAR | Petition Prep. Begin drafting schedules and statements. | 1.40 | $125.00 | $175.00 |
| 05/18/2019 | JAR | Complete petition, draft CMI statement and SOFA, email client re docs needed. | 1.60 | $125.00 | $200.00 |
| 05/21/2019 | JDM | Review petition, make changes, draft plan, email client for questions prior to signing. | 0.80 | $220.00 | $176.00 |
| 05/24/2019 | GJG | Signing Appt: Review docs client brought, amend petition and schedules, answer questions, re-draft plan. | 2.10 | $220.00 | $462.00 |
| 05/24/2019 | KFK | Stop Garnishment Letter and Notice of Filing emailed to employer | 0.20 | $125.00 | $25.00 |
| 05/28/2019 | KFK | Drafted/filed Payroll Order | 0.20 | $125.00 | $25.00 |
| 05/28/2019 | KFK | Email to attorney re: stopping the foreclosure sale | 0.20 | $125.00 | $25.00 |
| 05/29/2019 | KFK | Payroll Order emailed to employer | 0.10 | $125.00 | $12.50 |
| 06/04/2019 | JAR | Client called | 0.20 | $125.00 | $25.00 |
| 06/04/2019 | JAR | Left vm for client, she was concerned that the PO was not for enough | 0.20 | $125.00 | $25.00 |
| 06/05/2019 | JAR | Client called: Lawsuit paperwork | 0.20 | $125.00 | $25.00 |
| 06/05/2019 | JAR | Left vm for Barb Tsaturova re: the subpoena for docs | 0.20 | $125.00 | $25.00 |
| 06/06/2019 | KFK | Email and call with client to explain PO amount | 0.20 | $125.00 | $25.00 |
| 06/07/2019 | KFK | Client rec'd lawsuit/subpoena. Voicemail left for creditor attorney regarding Notice of Filing | 0.20 | $125.00 | $25.00 |
| 06/23/2019 | JAR | Left vm for Honor CU (269-983-6357 ext. 9504) | 0.10 | $125.00 | $12.50 |
| 06/25/2019 | KFK | Left vm for Honor CU. Consent form rec'd from CU. VM left for client re: OK to sign the form | 0.20 | $125.00 | $25.00 |
| 06/26/2019 | GJG | Prep for 341, attend, appear on the record, return to office | 1.70 | $220.00 | $374.00 |
| 07/13/2019 | JDM | Confirmation Prep Review trustee notes, draft amended plan. | 0.90 | $275.00 | $247.50 |
| 08/01/2019 | JDM | Review case notes from trustee. Review and respond to Email from Tee's office re amendment and Confirmation adjournment to 9-10. Review client email and respond. | 0.50 | $275.00 | $137.50 |
| 08/14/2019 | JDM | Drafted Amended E/F, review trustee email, email staff. | 0.40 | $275.00 | $110.00 |
| 08/18/2019 | JAR | Call client to update address. | 0.20 | $125.00 | $25.00 |
| 09/02/2019 | JDM | Review Conf. Notes, email client re stmts. | 0.30 | $275.00 | $82.50 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 09/04/2019 | JAR | Left vm for Honor CU to send me another consent form (the one they sent me expired) | 0.20 | $125.00 | $25.00 |
| 09/06/2019 | KFK | Consent Form drafted and emailed to client for Honor (previous one expired) | 0.20 | $125.00 | $25.00 |
| 09/09/2019 | JDM | Email confirmation with Tee that the adj hearing can proceed | 0.20 | $275.00 | $55.00 |
| 09/10/2019 | KFK | Mortgage Mod Letter prepared & mailed | 0.20 | $125.00 | $25.00 |
| 09/14/2019 | JAR | Loan Modification Packet mailed | 0.20 | $125.00 | $25.00 |
| 09/17/2019 | KFK | Follow up email to client re: bank statements | 0.10 | $125.00 | $12.50 |
| 09/17/2019 | KFK | Email to client following up on bank statements needed | 0.10 | $125.00 | $12.50 |
| 09/19/2019 | KFK | Follow up email to client re: bank statements | 0.10 | $125.00 | $12.50 |
| 01/14/2020 | JAR | Client called, she will be losing her job on 1/24 | 0.20 | $125.00 | $25.00 |
| 01/16/2020 | KFK | Emailed client re: Tee's lockbox address | 0.10 | $125.00 | $12.50 |
| 01/16/2020 | KFK | Call from client re: new employment | 0.20 | $125.00 | $25.00 |
| 01/29/2020 | GJG | Drafted/emailed stip to stop PO to Tee | 0.40 | $220.00 | $88.00 |
| 02/05/2020 | KFK | Emailed order terminating PO to employer | 0.10 | $125.00 | $12.50 |
| 02/05/2020 | KFK | Emailed order terminating PO to employer | 0.10 | $125.00 | $12.50 |
| 06/23/2020 | KFK | Tee's MTD - arrears<br><br>Emailed client re: the MTD | 0.10 | $125.00 | $12.50 |
| 06/25/2020 | GJG | Case status review: Reviewed case ahead of phone appointment to discuss trustee's motion to dismiss. Ran plan calculation and prepared notes for options to present to client. | 0.30 | $220.00 | $66.00 |
| 06/25/2020 | GJG | Phone Appt.: Met with debtor telephonically to discuss options re trustee's motion to dismiss. Determined that debtor may be eligible for CARES act relief, but was hesitant to extend plan. Debtor to submit more pay stubs so that we can see if there's room in the budget for a higher payment to be done in 60. | 0.40 | $220.00 | $88.00 |
| 07/09/2020 | GJG | Phone Appt.: Budget review, talked about keeping payment where it is and extending plan or increasing to get done in 60. Chose the latter. | 0.50 | $220.00 | $110.00 |
| 07/09/2020 | GJG | Draft/File Documents: Draft schedules, coversheet, and plan amendment; email to debtor for signature/approval | 1.10 | $220.00 | $242.00 |
| 07/13/2020 | GJG | Draft/File Documents: Draft and file response to trustee's motion to dismiss | 0.30 | $220.00 | $66.00 |
| 07/15/2020 | KFK | Phone call w client to make sure she rec'd the plan | 0.30 | $125.00 | $37.50 |

Invoice # 451 - 07/30/2021

| Date | | Notes | Quantity | Rate | Total |
|---|---|---|---|---|---|
| | | amendment and to respond to it right away | | | |
| | | Her comp monitor is broken. She's getting a new one tonight and will respond tonight or tomorrow to the email | | | |
| 07/15/2020 | GJG | Communicate with Trustee/Opp counsel: Email to trustee to get hearing on motion to dismiss adjourned, waiting on signed plan amendment back from debtor | 0.30 | $220.00 | $66.00 |
| 08/17/2020 | KLK | Telephone: Nina Stravers called - MTD | 0.20 | $125.00 | $25.00 |
| 08/31/2020 | KFK | Call to client, she sent login info for TurboTax, but I don't see the 2019 returns. She is going to call TurboTax and figure out what is going on. | 0.30 | $125.00 | $37.50 |
| 08/31/2020 | KFK | Emailed client re: 2019 taxes. The copy she provided shows no wage income, which can't be correct, as we have some 2019 pay stubs. | 0.20 | $125.00 | $25.00 |
| 08/31/2020 | KFK | Call from client re: 2019 taxes. The 2019 return is still showing $0 income. She is going to contact TurboTax | 0.30 | $125.00 | $37.50 |
| 09/18/2020 | KFK | Left vm for client to see if she can speak with GJG today. | 0.10 | $125.00 | $12.50 |
| 10/07/2020 | KFK | Emailed client for recent pay stubs | 0.10 | $125.00 | $12.50 |
| 10/14/2020 | GJG | Review and respond to trustee email re MTD. | 0.30 | $220.00 | $66.00 |
| 04/28/2021 | GJG | Tax return review: Review 2020 tax returns and compare to Schedule I. Delegate to KFK to set budget review and gather income docs from client. | 0.10 | $220.00 | $22.00 |
| 04/29/2021 | KFK | Emailed client to schedule budget review based on tax review | 0.10 | $125.00 | $12.50 |
| 06/04/2021 | JDM | Review MTD and 2020 taxes, review emails. Make notes to discuss on 6/10. | 0.40 | $275.00 | $110.00 |
| 06/11/2021 | JDM | Phone Appt.: Discussed MTD, loan mod, taxes, see note. | 0.50 | $275.00 | $137.50 |
| 06/22/2021 | JDM | Follow up email to client re loan modification and unemployment payments. | 0.20 | $275.00 | $55.00 |
| 07/11/2021 | JDM | Email client re Unemployment | 0.20 | $275.00 | $55.00 |
| 07/30/2021 | JDM | Draft Itemized statement, petition and related documents. | 0.70 | $275.00 | $192.50 |
| | | | **Services Subtotal** | | **$5,323.00** |

## Expenses

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|

Invoice # 451 - 07/30/2021

| Date | Description | | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 05/24/2019 | Copies of petition | | 75.00 | $0.20 | $15.00 |
| 07/30/2021 | Copies of Fee Application | | 60.00 | $0.20 | $12.00 |
| 07/30/2021 | Postage for Fee Application | | 15.00 | $0.51 | $7.65 |
| | | | **Expenses Subtotal** | | **$34.65** |

| Time Keeper | Position | Quantity | Rate | Total |
|---|---|---|---|---|
| George J. George | Associate Attorney | 11.6 | $220.00 | $2,552.00 |
| Jeff Mapes | Managing Partner | 4.3 | $275.00 | $1,182.50 |
| Jeff Mapes | Managing Partner | 0.8 | $220.00 | $176.00 |
| Keaton Kolbe | Non-Attorney | 5.6 | $125.00 | $700.00 |
| Kim Kolbe | Non-Attorney | 0.2 | $125.00 | $25.00 |
| Jeff Radike | Non-Attorney | 5.5 | $125.00 | $687.50 |
| | | | **Subtotal** | **$5,357.65** |
| | | | **Total** | **$5,357.65** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 451 | 08/29/2021 | $5,357.65 | $0.00 | $5,357.65 |
| | | | **Outstanding Balance** | **$5,357.65** |
| | | | **Total Amount Outstanding** | **$5,357.65** |

Please make all amounts payable to: Law Office of Jeffrey Mapes

Please pay within 30 days.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| IN RE: | § | |
| --- | --- | --- |
| | § | |
| **Nina M. Stravers** | § | 19-02310 |
| | § | **HON.** John T. Gregg |
| **Debtor(s)** | § | **Filed:** 5/24/2019 |

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF APPLICATION FOR PROFESSIONAL FEES PURSUANT TO RULE 2016 AND NOTICE OF RIGHT TO OBJECT

Take Notice that the following professionals persons have submitted an application to the Bankruptcy Court for the allowance of fees and expenses as listed below:

| **Professional** | Fees Requested | Expenses Requested | Fees Previously Allowed by Court |
| --- | --- | --- | --- |
| Mapes Law Offices, 29 Pearl St. NW, Ste. 305, Grand Rapids MI 49503 | $2123.00 | $34.65 | $3,200.00 |

The fees requested will be paid pursuant to the terms of the confirmed Chapter 13 Plan. Approval of the requested compensation is anticipated to have the following impact on unsecured creditors:

(X) Allowance of the fees will reduce the amount paid to general unsecured creditors.
(X) Allowance of the fees may delay payment to general unsecured creditors.
( ) Allowance of the fees should have no impact on the dividend to general unsecured creditors.
( ) Allowance of the fees will increase the plan length by ___ months, for a total of ___ months.
( ) Other: _____

NOTE: The application is available for public review at the Clerk's Office, (One Division North, Grand Rapids, MI 49503) or (202 West Washington Street, 3rd Floor, Marquette, MI 49855) Monday - Friday from 8:00 a.m. to 4:00 p.m. No hearing will be set before the Court unless a written objection to this application is timely filed with the Clerk of the Bankruptcy Court. If you have an objection, you have twenty-one (21) days from the date of this notice in which to file such written objection. In the event that an objection is filed, a subsequent notice will be sent to you of the date, time and location of the hearing on the objection.

Any Objection must be timely filed with: U.S. Bankruptcy Court WDMI, One Division Ave. NW, Rm. 200 Grand Rapids, MI 49503 A copy of any objection must also be served upon Jeffrey D. Mapes PLC, 29 Pearl St. NW, Ste. 305, Grand Rapids MI 49503.

Date Notice Served: 7/30/2021        /s/_____
                                     Jeffrey D. Mapes, Attorney for the Debtor(s)

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| IN RE: | § | |
|---|---|---|
| | § | |
| **Nina M. Stravers** | § | 19-02310 |
| | § | **HON.** John T. Gregg |
| **Debtor(s)** | § | **Filed:** 5/24/2019 |

## ORDER APPROVING APPLICATION FOR ADDITIONAL ATTORNEY FEES AND/OR RECOVERY OF COSTS ADVANCED

Present:    **HON.** John T. Gregg
Bankruptcy Judge

This matter having come before the Court upon the Application for Additional Attorney Fees and/or Recovery of Costs Advanced, by Mapes Law Offices, Counsel for the Debtor(s); Notice to Creditors and Other Parties of Interest having been served upon all interested parties on or about 7/30/2021; no written objections to said Notice having been filed, and the Court being otherwise fully advised in the premises from which entry of an order appears proper, THEREFORE,

IT IS HEREBY ORDERED that the Application for Additional Attorney Fees and/or Recovery of Costs Advanced in this case be allowed in the amount of $2157.65. Fees requested and approved in this matter to date are as follows:

| Fees Requested | Costs Requested | Fees Awarded | Costs Awarded | Date of Order |
|---|---|---|---|---|
| 3,650.00 | 0.00 | 3,200.00 | 0.00 | 9/11/2019 |

Leaving a balance of $2157.65 in additional fees to be paid by the Trustee through the Chapter 13 Plan.

IT IS FURTHER ORDERED that a copy of this Order shall be served upon Debtors: 406 Pleasantview Dr., Battle Creek, MI 49017; Chapter 13 Trustee, 99 Monroe Ave. NW, Ste. 601, Grand Rapids MI 49503; U.S. Trustee, 125 Ottawa NW, Suite 202R, Grand Rapids, MI 49503; and, Mapes Law Offices, Counsel for Debtor(s), 29 Pearl St NW, Suite 305, Grand Rapids MI 49503.

END ORDER.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **Nina M. Stravers** | § | 19-02310 |
| | § | **HON.** John T. Gregg |
| **Debtor(s)** | § | **Filed:** 5/24/2019 |

## CERTIFICATE OF SERVICE

Document(s) Served:

1. Application for Addition Attorney Fees and/or Recovery of Costs Advanced
2. Itemized Statement
3. Notice of & Opportunity to Object to Application for Additional Attorney Fees and/or Recovery of Costs
4. Proposed Order Approving Application for Additional Attorney Fees and/or Recovery of Costs
5. Certificate of Service

Person(s) Served:

1. See attached Creditor Matrix

The undersigned certifies under penalty of perjury that he or she has on the date shown below, by first class U.S. mail addressed to their respective address of record in this case, served a true copy of the documents listed above on the parties listed above. Any parties not served have been indicated by a large X across their address.

I declare that the statement above is true to the best of my information, knowledge and belief.

Dated: 7/30/2021          /s/
                          Jeffrey D. Mapes
                          Mapes Law Offices
                          29 Pearl Street NW, Suite 305
                          Grand Rapids, MI 49503

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0646-1<br>Case 19-02310-jtg<br>Western District of Michigan<br>Grand Rapids<br>Fri Jul 30 12:38:47 EDT 2021 | 10th District Court<br>161 E. Michigan Ave<br>Battle Creek MI 49014-4021 | AT&T CORP<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Barbara Taturova<br>PO Box 2878<br>Holland MI 49422-2878 | Barclays Bank Delaware<br>PO Box 8803<br>Wilmington DE 19899-8803 | Andrew William Barnes<br>Kotz Sangster Wysocki P.C.<br>12 Longmeadow Village Drive, Suite 100<br>Niles, MI 49120-7833 |
| Borgess Health<br>1521 Gull Road<br>Kalamazoo MI 49048-1666 | Borgess Health Alliance<br>PO Box 73185<br>Chicago IL 60677-0001 | Bronson Healthcare Group<br>Dept #77700<br>PO Box 77000<br>Detroit MI 48277-2000 |
| CARM<br>PO Box 358<br>Cadillac MI 49601-0358 | Capital One<br>PO Box 30281<br>Salt Lake City UT 84130-0281 | Capital One Bank (USA), N.A.<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 |
| Capital One, N.A.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern PA 19355-0701 | Capital One/Maurices<br>PO Box 4144<br>Carol Stream IL 60197-4144 | Cavalry Investments, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-2321 |
| (p)CAVALRY PORTFOLIO SERVICES LLC<br>500 SUMMIT LAKE DR<br>STE 400<br>VALHALLA NY 10595-2322 | Citibank<br>PO Box 6497<br>Sioux Falls SD 57117-6497 | City of Battle Creek<br>PO Box 235<br>Battle Creek MI 49016-0235 |
| Comenity Capital/HSN<br>PO Box 182120<br>Columbus OH 43218-2120 | Credit Acceptance<br>25505 W. 12 Mile Road Ste 3000<br>Southfield MI 48034-8331 | Credit One Bank<br>PO Box 98873<br>Las Vegas NV 89193-8873 |
| FNB Omaha<br>1620 Dodge Street<br>Omaha NE 68197-0003 | First Bankcard<br>PO Box 331<br>Omaha NE 68103-0331 | George Joseph George<br>Mapes Law Offices<br>29 Pearl St. NW Ste 305<br>Grand Rapids, MI 49503-3019 |
| (p)HONOR CREDIT UNION<br>ATTN ATTN COLLECTIONS<br>8385 EDGEWOOD ROAD<br>BERRIEN SPRINGS MI 49103-9004 | Honor Credit Union<br>2920 Lakeview Ave<br>Saint Joseph MI 49085-2317 | Honor Credit Union<br>C/O Andrew W. Barnes<br>317 Center Street<br>South Haven, MI 49090-1314 |
| Hyundai Lease Titling Trust<br>PO Box 20825<br>Fountain Valley, CA 92728-0825 | Internal Revenue Service<br>Centralized Insolvency Unit<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | JH Portfolio Debt<br>5757 Phantom Drive<br>Hazelwood MO 63042-2429 |

```
John D Bradshaw                 Kia Motors Finance              Kohl's Capital One
107 W Michigan Ave.             PO Box 20829                    PO Box 3115
Kalamazoo MI 49007-3956         Fountain Valley CA 92728-0829   Milwaukee WI 53201-3115


Kotz Sangster                   LVNV Funding                    LVNV Funding LLC
12 Longmeadow Village Drive     55 Beattie Pl. Ste 110          PO Box 10497
Ste 100                         Greenville SC 29601-5115        Greenville SC 29603-0497
Niles MI 49120-7833


LVNV Funding, LLC               MI DEPT OF TREASURY             Jeffrey D. Mapes
Resurgent Capital Services      COLLECTION DIVISION/BANKRUPTCY  Jeffrey D. Mapes, PLC
PO Box 10587                    PO BOX 30168                    29 Pearl St. NW
Greenville, SC 29603-0587       LANSING MI 48909-7668           Suite 305
                                                                Grand Rapids, MI 49503-3019


McLaren Greater Lansing         Michigan Dept of Treasury       (p)STATE OF MICHIGAN UNEMPLOYMENT INSURANCE
7220 Solution Center            Tax Collection Enforcement      ATTN BANKRUPTCY UNIT
Chicago IL 60677-7002           Bankruptcy Section              3024 W GRAND BLVD
                                Treasury Building               SUITE 12-100
                                Lansing, MI 48922-0001          DETROIT MI 48202-6024


Midland Funding                 Northstar Location Svcs. LLC    Oaklawn Medical Group Remote
8875 Aero Drive Ste 200         4285 Genesee St.                200 N Madison Street
San Diego CA 92123-2255         Buffalo NY 14225-1943           Marshall MI 49068-1143


(p)PORTFOLIO RECOVERY ASSOCIATES LLC   Post Community CU/Visa   Brett N. Rodgers
PO BOX 41067                    240 Cliff Street                99 Monroe Ave NW, Ste 601
NORFOLK VA 23541-1067           Battle Creek MI 49014-5074      Grand Rapids, MI 49503-2654


SECURITIES & EXCHANGE COMM      Sparrow Health System           Spectrum Health
BANKRUPTCY SECTION              800 Reliable Parkway            PO Box 2207
175 W. JACKSON BLVD.            Chicago IL 60686-0001           Grand Rapids MI 49501-2207
SUITE 900
CHICAGO, IL 60604-2815


Nina M. Stravers                Synch/JC Penny                  Synch/Sam's Club
406 Pleasantview Dr.            PO Box 965007                   PO Box 960005
Battle Creek, MI 49017-4619     Orlando FL 32896-5007           Orlando FL 32896-0001


Synch/Walmart                   Synchrony Bank                  Synchrony Bank
PO Box 965024                   C/O Meyer Njus Tanick, PA       c/o PRA Receivables Management, LLC
Orlando FL 32896-5024           Minneapolis MN 55401            PO Box 41021
                                                                Norfolk VA 23541-1021


Third Party Withholding Unit    Three Rivers Health             UNITED STATES TRUSTEE
Michigan Dept of Treasury       701 S Health Parkway            THE LEDYARD BUILDING, 2ND FLOOR
PO Box 30785                    Three Rivers MI 49093-9306      125 OTTAWA NW, SUITE 200R
Lansing MI 48909-8285                                           GRAND RAPIDS, MI 49503-2837
```

```
Unifund CCR                          United States Attorney's Offic      (p)VELO LAW OFFICE
10625 Techwoods Circle               330 Ionia Ave. NW                   1750 LEONARD ST NE
Cincinnati, OH 45242-2846            Ste. 501                            GRAND RAPIDS MI 49505-5636
                                     Grand Rapids MI 49503-2580
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Cavalry Portfolio Services           Honor Credit Union                  Michigan Unemployment Insurance Agency
PO Box 2088                          8385 Edgewood Rd                    3024 West Grand Blvd.
Tempe AZ 85285                       Berrien Springs, MI 49103           Tax Office, Suite 12-300
                                                                         Detroit, MI 48202


Portfolio Recovery                   Velo Law Office
140 Corporate Blvd.                  1750 Leonard Street NE
Norfolk VA 23502                     Grand Rapids MI 49505
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)United States Trustee             End of Label Matrix
The Ledyard Building, 2nd Floor      Mailable recipients      62
125 Ottawa NW Suite 200R             Bypassed recipients       1
Grand Rapids, MI 49503-2837          Total                    63
```